CHRISTIAN G. VOLTZ, RESPONDENT, *v.* ABEL T. BLACK-
MAR, APPELLANT.

APPEAL from a judgment in favor of the plaintiff, entered at the
Dutchess county Circuit, and from an order denying a motion for
a new trial.

The plaintiff on a trial at the Dutchess Circuit in an action for
false imprisonment, assault and battery, had a verdict for $4,250,
and the court made an extra allowance of five per cent thereon in
addition to the costs. The defendant seeks a new trial for alleged
errors at the trial, and for excessive damages. The General Term
found no errors that could be held at all sufficient to disturb the
verdict, nor, under the circumstances of the case, did it consider
the damages excessive. It further *held*, that the extra allowance
was in accordance with the established practice and usage in the
courts of the district.

*Lewis & Gurney*, for the appellant.

*Nichols & Allen*, for the respondent.

Opinion by TAPPEN, J.

Present — GILBERT and TAPPEN, JJ.

Judgment and order denying new trial affirmed, with costs.